_Leonard Fisher Jr_
Name and Prisoner/Booking Number

_Colorado River Indian Tribes / Tribal Jail_
Place of Confinement

_26600 Mohave Road_
Mailing Address

_Parker, Arizona  85344_
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

FILED ☒   LODGED ☐
RECEIVED ☐   COPY ☐

JUL 0 5 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

_Leonard Ray Fisher Jr_,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) _Leo Scott_,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. | **CV23-01241-PHX-SPL--ASB**

(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☒ Other: _Under the (Treaty Act) with the Federal Government_.

2.  Institution/city where violation occurred: _CRIT Tribal Jail / Parker, Arizona_.

Revised 12/1/20

1

**550/555**

## B.  DEFENDANTS

1.  Name of first Defendant: _LEO SCOTT_. The first Defendant is employed
as: _FACILITY ADMINISTRATOR_ at _CRIT TRIBAL JAIL_.
    <small>(Position and Title)                                                                (Institution)</small>

2.  Name of second Defendant: _____. The second Defendant is employed as:
as: _____ at _____
    <small>(Position and Title)                                                                (Institution)</small>

3.  Name of third Defendant: _____. The third Defendant is employed
as: _____ at _____
    <small>(Position and Title)                                                                (Institution)</small>

4.  Name of fourth Defendant: _____. The fourth Defendant is employed
as: _____ at _____
    <small>(Position and Title)                                                                (Institution)</small>

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?    ☒ Yes    ☐ No

2.  If yes, how many lawsuits have you filed? _1_. Describe the previous lawsuits:

    a.  First prior lawsuit:
        1.  Parties: _LEONARD RAY FISHER JR_ v. _MARWIN SMITH / CINDY JOSEPH MEYERS_
        2.  Court and case number: _PENDING_
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _PENDING_

    b.  Second prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

    c.  Third prior lawsuit:
        1.  Parties: _____ v. _____
        2.  Court and case number: _____
        3.  Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: *NUTRITIONAL HEALTH/*

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☐ Access to the court
   - ☐ Exercise of religion
   - ☒ Other: *NUTRITIONAL HEALTH*
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   *UNDER TRIBAL/COUNTY/STATE/FEDERAL LAW INMATES ARE TO BE FED A CERTAIN AMOUNT OF CALORIES & PORTION SIZE FOOD. FOR INSTANCE 1 CUP OF VEGETABLES & 1 CUP OF RICE MEANS 6 OUNCES OF THAT. WE DO NOT GET THAT. DO TO INFRACTIONS THEY HAVE REMOVED AND SUBDUED CERTAIN THINGS, BY GIVING US AND OVERLOADING US ON CARBOHYDRATE & SODIUM WICH VIOLATES THE HEALTH REGIMENT AND HEALTH LAWS. THIS IS A MENS FACILITY THAT IS RAN LIKE A DAY CARE. FOR BREAKFAST THEY SERVED 6 TATOR TOTS AND 1 EGG WITH ½ CUP OF CEREAL. THIS IS NOT LEGAL UNDER THE LAW. WE CANT PURCHASE VITAMANS OR HEALTH PRODUCTS. AND THEY ARE NOT GIVEN. COMMISSARY HAS A LIMIT OF 23 ITEMS WICH DOES NOT ACCOMODATE FOR THE NUTRITION WERE LACKED. "NATIONAL MENUS" ARE PUT IN PLACE TO AVOID THESE THINGS BUT DO TO PERSONAL AGENDAS THIS IS OVER LOOKED HERE.*

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   *I LOST 30 lbs IN 10 MONTHS WITH OUT TRYING. I WORKOUT TO STAY ACTIVE BUT IM LOW ENERGY AND EASILY FRUSTRATED.*

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☒ No
   b. Did you submit a request for administrative relief on Count I?    ☐ Yes    ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?    ☐ Yes    ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. *WHEN ISSUES ARE BROUGHT UP THERE NEVER ADDRESSED. WERE TOLD "THATS JUST HOW IT IS" BUT JUST CAUSE WERE IN JAIL DONT MEAN WE DONT HAVE RIGHTS.*

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _LIVING QUARTERS / LIVING STATUS._

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: _LIVING QUARTERS_

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   DO TO UNSANITARY CELLS. SOME ARE NOT OCCUPIED. THERE IS MOLD GROWING ON THE WALLS AND THERE IS RUST EVERY WHERE. THESE ARE HEALTH CONCERNS THAT ARE NOT ADDRESSED DUE TO PEOPLE DONT KNOW THE PROPER STEPS TO TAKE. THIS CAUS FOR SICKNESS CONCERNS AND TETANUS. WHEN A LOW BUDGET HEALTH DEPT. WALKS TREW THEY DONT ADDRESS THESE THINGS OR REPORT IT. THIS HAS BEEN A ISSUE FOR YEARS THAT HAS NOT BEEN ADDRESSED UNTIL NOW. UNDER FEDERAL LAW WE AINT TO BE LIVING IN A FACILITY WITH THESE ISSUES UNTIL THOSE FIXED. THESE LIVING CONDITIONS ARE A CALL FOR CONCERN.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I HAVENT GOT ANY SICKNESS OR INFECTIONS YET, IM TRYING TO KEEP THAT FROM HAPPENING.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count II? ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count II to the highest level? ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _I DID NOT DUE TO HEALTH DEPTS ARE AWARE BUT DONT CARE OR REPORT IT._

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _BASIC NECESSITIES_

2.  **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
    - ☒ Basic necessities
    - ☐ Disciplinary proceedings
    - ☐ Excessive force by an officer
    - ☐ Mail
    - ☐ Property
    - ☐ Threat to safety
    - ☐ Access to the court
    - ☐ Exercise of religion
    - ☐ Other: _____
    - ☐ Medical care
    - ☐ Retaliation

3.  **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

    _EVERY TRIBAL / COUNTY / STATE / FEDERAL INSTITUTION HAS ART SUPPLIES AVAILABLE TO THE INMATES. AS FAR AS SKETCH PADS / COLOR PENCILS / AND PENS ECT. I WAS DENIED THIS WHILE I SEEN THE SAME NECESSITIES APPROVED AND GIVEN TO SOME ONE ELSE. BECAUSE OF ADMINISTRATIONS PERSONAL BIAS I WAS DENIED EQUAL TREATMENT WHICH IS A CIVIL RIGHTS VIOLATION. THESE THINGS CAN BE PURCHASED MAILED, DROPPED OFF OR ISSUED BY THE FACILITY, THIS FACILITY DOES NOT PROVIDE THIS SO THESE THINGS ARE MAILED OR DROPPED OFF CAUSE COMMISSARY DOES NOT PROVIDE THIS FOR PURCHAS EAUTHER... AS I STATED OTHER INMATES HAVE GOT TO RECIEVE PAPER & COLOR PENCILS ECT. WHILE I WAS DENIED. I HAVE NOT HAD NO WRITE UPS OR HAVE NOT VIOLATED ANY ▮▮▮▮ RULES DURING MY INCARCERATION. THIS IS A PERSONAL REASON. IT DOES NOT POSE A SECURITY RISK OR HEALTH HAZARD._

4.  **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

    _UNDER THE "CIVIL RIGHTS ACT" IM TO HAVE EQUAL TREATMENT. IM BEING PERSECUTED FOR NO REASON._

5.  **Administrative Remedies.**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☒ No
    b.  Did you submit a request for administrative relief on Count III? ☐ Yes ☒ No
    c.  Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☒ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _ONCE A REQUEST IS DENIED THERES NO APPEALS, SO WERE LEFT WITH NO OTHER CHOICE._

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

### E. REQUEST FOR RELIEF

State the relief you are seeking:

( $150,000.00) $50,000 PER COUNT... ALSO FOR THE FEDERAL BUREAU OF HEALTH DO A INSPECTION AND WALK TREW TO ADDRESS THU AND REPORT IT. ALSO FOA LOOKS INTO THE FOOD DEPT OF THE FACILITY... NO ONE IS ABOVE THE LAW AND PEOPLE SHOULD BE HELD ACCOUNTABLE FOR THER ACTIONS AND INACTIONS.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __6/27/2023__
　　　　　　　　DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.