# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leonard Ray Fisher, Jr., | **NO. CV-23-01241-PHX-SPL (ASB)** |
| Plaintiff, | |
| v. | **JUDGMENT IN A CIVIL CASE** |
| Leo Scott, | |
| Defendant. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed August 8, 2023, Plaintiff to take nothing, and the complaint and action are dismissed with prejudice for failure to state a claim. This dismissal may count as a "strike" under 28 U.S.C. § 1915(g).

Debra D. Lucas
District Court Executive/Clerk of Court

March 18, 2024

By  s/ E. Aragon
    Deputy Clerk